IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MELISSA SUE KING,

    Plaintiff,

v.

LORNA IONA GARWOOD, McGRAW
HEIM MECUM, I.E. ALLEN RICHARD,
LAYNE EDWARD, WYLEEN IONA
McGRAW and DAWN GARDNER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-354-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 1/3/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |